IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ST. PAUL REINSURANCE, LTD. | § § § § | |
| Plaintiff | | |
| v. | § § § | CASE NO. 1-04-CV-51 |
| BELLAGIO BUILDERS, INC., CASTLE HOME BUILDERS, INC., BETTYE BOWMAN (a/k/a BETTY ESTILETTE), and LINDA JEWELL | § § § § § § | |
| Defendants | | |

## UNOPPOSED MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, St. Paul Reinsurance Company, Ltd. files this its Unopposed Motion to Dismiss and in connection therewith would show unto this Honorable Court the following:

1.   The underlying lawsuit has been settled.

2.   The coverage issues asserted by St. Paul Reinsurance Company, Ltd. are hereby moot.

3.   Defendants Bellagio Builders, Inc., Castle Homebuilders, Inc., Bettye Bowman (a/k/a Betty Estilette) and Linda Jewel have not been served and have not entered an appearance in this matter.

WHEREFORE PREMISES CONSIDERED Plaintiff St. Paul Reinsurance Company, Ltd. respectfully prays that this Motion be in all things granted and that Plaintiffs Original Complaint be hereby dismissed and for such other or further relief, general or special, at law or in equity, to which St. Paul Reinsurance Company, Ltd. may be justly entitled.

Respectfully submitted,

*/s/ Ronald E. Tigner*

Ronald E. Tigner
State Bar No. 20028000
Federal Bar No. 3095
2000 Bering Drive, Suite 600
Houston, Texas 77057
(713) 355-6062
(713) 572-9129 FAX

**Attorney for Plaintiff St. Paul Reinsurance Company, Ltd.**