IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ST. PAUL REINSURANCE, LTD. | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action B-04-051 |
| BELLAGIO BUILDERS, INC. ET AL.. | § § § | |
| Defendants. | § | |

BE IT REMEMBERED that on July 22, 2004, the Court **GRANTED** Plaintiff's Unopposed Motion to Dismiss [Dkt. No. 3]. Although technically because Defendants have not yet answered, Plaintiff was free to file a notice of dismissal that required no court order pursuant to Federal Rule of Civil Procedure 41(a), the Court grants Plaintiff's desired relief.

The Court **CANCELS** the Initial Pretrial Conference Scheduled for Monday, July 26, 2004.

DONE at Brownsville, Texas, this 22nd day of July 2004.

Hilda G. Tagle
United States District Judge